*M. Payne* and *Dennis McCarthy* for appellee El Paso Natural Gas Co. *William M. Bennett* for the State of California, as *amicus curiae,* in support of the United States.

No. 537. NATIONAL LABOR RELATIONS BOARD *v.* EXCHANGE PARTS Co. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner.

No. 979. DIAMOND *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari granted. *Jack Greenberg, James M. Nabrit III* and *Johnnie A. Jones* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, for respondent.

No. 722, Misc. PRESTON *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted. Case transferred to the appellate docket. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 335. SWARCO, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *M. Victor Leventritt* and *Aaron Lewittes* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.